|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 9 | JUAN CONTRERAS III, | Case No.: 19cv1828 JM(AGS) |
| 10 | Plaintiff, | |
| 11 | v. | **ORDER ON ORDER TO SHOW CAUSE** |
| 12 | JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| 13 | | |
| 14 | Defendant. | |

On September 25, 2019, this court ordered Defendant to show cause on or before October 7, 2019, why this matter should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 5.) Specifically, the court was concerned whether there is complete diversity among the parties. On October 7, 2019, Defendant Jaguar Land Rover North America ("JLRNA") filed its response to the order to show cause. (Doc. No. 6.) Not satisfied with the initial response, the court gave Defendant a second opportunity to respond to the Order to Show Cause. (Doc. No. 7.)

Upon consideration of Defendant's supplemental response, the court is satisfied that it has jurisdiction over this dispute. In its response, JLRNA provided a declaration from Ramsey Ong, the Deputy General Counsel of JLRNA, attesting that: (1) JLRNA is a limited liability company formed under the laws of Delaware with its principal place of business located in Mawah, New Jersey; (2) JLRNA is a wholly owned subsidiary of Jaguar Land Rover Limited; and (3) Jaguar Land Rover Limited is a citizen of England with its principal place of business located in Coventry, England. (Doc. No. 8 at ¶¶ 2-8.) In support

1

of Mr. Ong's declaration, he has attached true and correct copies of JLRNA's Amended and Restated LLC Agreement and Jaguar Land Rover Automotive PLC's 2018/19 annual report that are housed in the legal department of JLRNA. (*Id.* at pgs. 3-108.) Further, Mr. Ong declares that as Deputy General Counsel he is "familiar with the corporate formation and ownership of JLRNA." (*Id.* at ¶ 2.)

Accordingly, the court concludes that the information is sufficient to establish that Plaintiff is a citizen and resident of the State of California and JLRNA is a citizen of Delaware, New Jersey and England. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (for diversity purposes a limited liability company is "a citizen of every state of which its owners/members are citizens."); *JPMorgan Chase Bank v. Traffic Stream (BVI) Infrastructure Ltd.,* 536 U.S. 88, 91 (2002) (a "corporation of a foreign State is, for purposes of jurisdiction in the courts of the United States, to be deemed, constructively, a citizen or subject of such State,") (citations omitted). Consequently, the court ORDERS that the Order to Show Cause issued on September 25, 2019, is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: October 28, 2019

Hon. Jeffrey T. Miller
United States District Judge